United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  FREDERICK SCHIFF,                          No. C-03-4345 MMC
                                               No. C-04-2261 MMC
12              Plaintiff,                     No. C-04-2262 MMC
13      v.                                  **ORDER DIRECTING PLAINTIFFS TO
                                              LODGE CHAMBERS COPY IN
14  CITY AND COUNTY OF SAN FRANCISCO,         COMPLIANCE WITH GENERAL
    et al.,                                   ORDER 45 AND THE COURT'S
15                                            STANDING ORDERS**
                Defendants.
16  _____
17  NARDA GILLESPIE et al.,
18              Plaintiffs,
19      v.
20  CITY AND COUNTY OF SAN FRANCISCO,
    et al.,
21
                Defendants.
22  _____
23  MARK OSUNA,
24              Plaintiff,
25      v.
26  CITY AND COUNTY OF SAN FRANCISCO,
    et al.,
27
                Defendants.
28  _____/

On September 19, 2005, plaintiffs electronically filed their joint opposition to defendant Fred Lau's motion for summary adjudication.  Plaintiffs have violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document.  The parties are hereby advised that if either party fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose sanctions on the noncomplying party, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 26, 2005

MAXINE M. CHESNEY
United States District Judge

2