SEYFARTH SHAW LLP
KARI ERICKSON LEVINE (SBN: 146101)
JONATHAN D. MARTIN (SBN: 188744)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
FRED LAU

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case Nos. C03-4345 MMC<br>C04-2261 MMC<br>C04-2262 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION AND MOTION SCHEDULING** |
| NARDA GILLESPIE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | |
| MARK OSUNA,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | |

| | |
|---|---|
| 1 | Pursuant to the Order of this Court dated October 18, 2005, IT IS HEREBY |
| 2 | STIPULATED AND AGREED by and between the parties as follows: |
| 3 | The depositions of Marion Jackson, Con Johnson, Julian Hill, John Sanford and Mark |
| 4 | Osuna shall occur on November 2, 2005 beginning at 11:00 AM and November 4, 2005 |
| 5 | beginning at 12:00 noon. The precise order and timing of these depositions will be determined |
| 6 | based on the availability of the deponents. The parties agree that the order in which the |
| 7 | foregoing five individuals are deposed is immaterial. |
| 8 | The depositions of Gary Delagnes and Chris Cunnie shall occur on November 7, 2005 |
| 9 | beginning at 9:30 AM. The precise order and timing of these depositions will be determined |
| 10 | based on the availability of the deponents. The parties agree that the order in which the |
| 11 | foregoing two individuals are deposed is immaterial. |
| 12 | The deposition of Prentice Earl Sanders will go forward before the discovery cutoff on a |
| 13 | date mutually agreed upon by all parties, either voluntarily at the request of the City Attorney, or |
| 14 | under a valid subpoena timely served on the deponent by plaintiffs' counsel. |
| 15 | The parties agree to the following schedule in connection with defendant Fred Lau's |
| 16 | motion for summary adjudication: |
| 17 | <u>December 2, 2005</u>: Last day for Lau to file amended motion for summary adjudication. |
| 18 | <u>December 16, 2005</u>: Last day for opposition to Lau's amended motion to be filed. |
| 19 | <u>December 23, 2005</u>: Last day for Lau to file reply brief in support of amended motion. |
| 20 | <u>January 6, 2006</u>: Hearing date for Lau's amended motion. |

Dated: October 27, 2005

SEYFARTH SHAW LLP

By _____
Kari Erickson Levine

Attorneys for Defendant
FRED LAU

STIPULATION AND [PROPOSED] ORDER – CASE NOS. C03-4345 MMC, C04-2261 MMC, C04-2262 MMC

| | | |
|---|---|---|
| 1 | Dated: October 27, 2005 | PRESTON GATES & ELLIS LLP |
| 2 | | |
| 3 | | By *[signature]* |
| 4 | | |
| 5 | | Attorneys for Defendant<br>ALEX FAGAN, SR. |
| 6 | Dated: October 27, 2005 | DENNIS J. HERRERA<br>City Attorney<br>ELIZABETH S. SALVESON<br>Chief Labor Attorney |
| 7 | | |
| 8 | | |
| 9 | | By *[signature]* |
| 10 | | Deputy City Attorney |
| 11 | | Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |
| 12 | | |
| 13 | | |
| 14 | Dated: October 27, 2005 | PATRICK J. MANSHARDT |
| 15 | | By *[signature]*<br>Patrick J. Manshardt |
| 16 | | Attorneys for Plaintiffs |

## ORDER

IT IS SO ORDERED.

Date: October 28, 2005

*[signature]*
United States District Court Judge

---

2

STIPULATION AND [PROPOSED] ORDER – CASE NOS. C03-4345 MMC, C04-2261 MMC, C04-2262 MMC