IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**ORDER WITHDRAWING REFERENCE** |
| NARDA GILLESPIE et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____ | |
| MARK OSUNA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | |

As set forth at the Case Management Conference conducted November 4, 2005, the reference to Magistrate Judge Elizabeth D. Laporte for the purpose of conducting a settlement conference in the above-titled action is hereby withdrawn.

**IT IS SO ORDERED.**

Dated: November 4, 2005

MAXINE M. CHESNEY
United States District Judge