UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FREDERICK SCHIFF, | No. C-03-4345 MMC (JCS) |
|---|---|
| Plaintiff(s), | Related Cases: C-04-2261 MMC (JCS) and C-04-2262 MMC (JCS) |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By correspondence dated November 14 and 18, 2005, counsel for Defendant Alex Fagan, Sr. and counsel for Defendant Fred Lau requested that their clients and they be excused from personally appearing at the Settlement Conference scheduled for **December 8, 2005, at 9:30 a.m.,** before the undersigned. No opposition was filed by any party.

Upon consideration of the requests, the Court finds good cause for excusing the personal attendance of the above parties and their counsel. However, if the Court concludes that the absence of the parties or their counsel is interfering with the Settlement Conference, the Court may continue the conference and may order personal attendance by each party and/or counsel.

IT IS SO ORDERED.

Dated: November 22, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge