IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____<br>NARDA GILLESPIE et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____<br>MARK OSUNA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT FRED LAU'S MOTION FOR SUMMARY ADJUDICATION** |

Because a number of summary judgment motions in the instant actions are scheduled to be heard January 13, 2006, the hearing on defendant Fred Lau's motion for summary adjudication, which is currently scheduled for January 6, 2006, is hereby CONTINUED to January 13, 2006 at 9:00 a.m., in order that all motions for summary judgment in the instant actions may be heard on the same date.

**IT IS SO ORDERED.**

Dated: December 22, 2005

MAXINE M. CHESNEY
United States District Judge