| | |
|---|---|
| 1  DENNIS J. HERRERA, State Bar #139669<br>    City Attorney<br>2  ELIZABETH S. SALVESON, State Bar #83788<br>    Chief Labor Attorney<br>3  JILL A. SPRAGUE, State Bar #201584<br>    MICHAEL LEON GUERRERO, State Bar #183818<br>4  Deputy City Attorneys<br>    Fox Plaza, Fifth Floor<br>5  San Francisco, California 94102<br>    Telephone:    (415) 554-3935<br>6  Facsimile:    (415) 554-4248<br><br>7  Attorneys for Defendant<br>   City and County of San Francisco | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO et al.,<br><br>      Defendants. | Case No. C 03-04345 MMC<br><br>**JOINT STIPULATION TO CONTINUE DEPOSITION OF PLAINTIFFS' PROFFERED EXPERT TO A DATE BEYOND THE EXPERT DISCOVERY CUT-OFF** |
| NARDA GILLESPIE, et al,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO et al.,<br><br>      Defendants. | Case No. C 04-2261 MMC<br><br>[*Related Case*] |
| MARK OSUNA,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO et al.,<br><br>      Defendants. | Case No. C 04-2262 MMC<br><br>[*Related Case*] |

\\

The parties had originally agreed to take the deposition of plaintiffs' proffered expert, Peter Morrison, on January 3, 2006. In an effort to avoid the expense of attorney's fees, travel expenses (Mr. Morrison lives on the East Coast), and expert's fees, the parties have agreed to continue Mr. Morrison's deposition to a date following the January 13, 2006, hearing on defendants' motions for summary judgment. Accordingly, IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows:

The parties agree to continue the deposition of plaintiffs' proffered expert, Peter Morrison, to a date beyond the expert discovery cut-off of January 3, 2006. The parties further agree that Mr. Morrison's deposition will take place within one week of the January 13, 2006 hearing on defendants' pending motions for summary judgment.

Dated: January 3, 2006            Respectfully submitted,

By: _____
JILL A. SPRAGUE
Deputy City Attorney
Attorneys for Defendant CCSF

Dated: January 3, 2006            By: _____
KARI ERICKSON LEVINE
Attorney for Defendant Fred H. Lau

Dated: January 3, 2006            By: _____
JOHN L. BOOS
Attorney for Defendant Alex E. Fagan

Dated: January 3, 2006            By: _____
PATRICK J. MANSHARDT
Attorney for Plaintiff Frederick Schiff

## ORDER

IT IS SO ORDERED.

Dated: _____            _____
United States District Court Judge

1    The parties had originally agreed to take the deposition of plaintiffs' proffered expert,
2  Peter Morrison, on January 3, 2006. In an effort to avoid the expense of attorney's fees, travel
3  expenses (Mr. Morrison lives on the East Coast), and expert's fees, the parties have agreed to
4  continue Mr. Morrison's deposition to a date following the January 13, 2006, hearing on
5  defendants' motions for summary judgment. Accordingly, IT IS HEREBY STIPULATED AND
6  AGREED by and between the parties as follows:
7    The parties agree to continue the deposition of plaintiffs' proffered expert, Peter
8  Morrison, to a date beyond the expert discovery cut-off of January 3, 2006. The parties further
9  agree that Mr. Morrison's deposition will take place within one week of the January 13, 2006
10 hearing on defendants' pending motions for summary judgment.

11
12 Dated:  January 3, 2006                    Respectfully submitted,
13                                            By: _____
14                                                JILL A. SPRAGUE
                                                  Deputy City Attorney
15                                                Attorneys for Defendant CCSF

16 Dated: January 3, 2006                     By: _____
17                                                KARI ERICKSON LEVINE
                                                  Attorney for Defendant Fred H. Lau
18
19 Dated: January 3, 2006                     By: _____
                                                  JOHN L. BOOS
20                                                Attorney for Defendant Alex E. Fagar
21
22 Dated: January 3, 2006                     By: _____
                                                  PATRICK J. MANSHARDT
23                                                Attorney for Plaintiff Frederick Schiff

24                          **ORDER**
25    IT IS SO ORDERED.
26
27 Dated: _____                     _____
                                              United States District Court Judge
28



2

STIP. RE: EXPERT DEPO.                                 Case Nos. 03-4345 / 04-2261 / 04-2262

1   The parties had originally agreed to take the deposition of plaintiffs' proffered expert,
2   Peter Morrison, on January 3, 2006. In an effort to avoid the expense of attorney's fees, travel
3   expenses (Mr. Morrison lives on the East Coast), and expert's fees, the parties have agreed to
4   continue Mr. Morrison's deposition to a date following the January 13, 2006, hearing on
5   defendants' motions for summary judgment. Accordingly, IT IS HEREBY STIPULATED AND
6   AGREED by and between the parties as follows:

7   The parties agree to continue the deposition of plaintiffs' proffered expert, Peter
8   Morrison, to a date beyond the expert discovery cut-off of January 3, 2006. The parties further
9   agree that Mr. Morrison's deposition will take place within one week of the January 13, 2006
10  hearing on defendants' pending motions for summary judgment.

11
12  Dated: January 3, 2006                         Respectfully submitted,
13
14                                                 By: _____
15                                                    JILL A. SPRAGUE
                                                      Deputy City Attorney
                                                      Attorneys for Defendant CCSF
16
    Dated: January 3, 2006                         By: _____
17                                                    KARI ERICKSON LEVINE
                                                      Attorney for Defendant Fred H. Lau
18
19  Dated: January 3, 2006                         By: _____
20                                                    JOHN L. BOOS
                                                      Attorney for Defendant Alex E. Fagan
21
22  Dated: January 3, 2006                         By: _____
                                                      PATRICK J. MANSHARDT
23                                                    Attorney for Plaintiff Frederick Schiff

24                                          **ORDER**

25      IT IS SO ORDERED.
26
    Dated: January 9, 2006                         _____
27                                                 United States District Court Judge
28

---

STIP. RE: EXPERT DEPO.                             2                    Case Nos. 03-4345 / 04-2261 / 04-2262



PJManshardtlaw@aol.com
12/30/2005 01:35 PM

To: Jill.Sprague@sfgov.org, klevine%SFGOV@sfgov.org
cc: jboos@prestongates.com, JillC@prestongates.com, Michael.Leon.Guerrero@sfgov.org
bcc:
Subject: Re: Peter Morrison's Deposition

I agree to put over the Morrison deposition until after the MSJ's are heard.