IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants.<br>_____ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**ORDER OF DISMISSAL** |
| NARDA GILLESPIE et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants.<br>_____ | |
| MARK OSUNA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants.<br>_____/ | |

| | |
|---|---|
| 1 | The parties having advised the Court that they have agreed to a settlement of the |
| 2 | above-titled actions, |
| 3 | IT IS HEREBY ORDERED that said actions be dismissed without prejudice; |
| 4 | provided, however, that if any party hereto shall certify to this Court, within 120 days, with |
| 5 | proof of service of a copy thereof on opposing counsel, that the agreed consideration for |
| 6 | the settlement has not been delivered, the foregoing order shall stand vacated and the |
| 7 | actions shall forthwith be restored to the calendar to be set for trial. |
| 8 | **IT IS SO ORDERED.** |

Dated: January 20, 2006

_____
MAXINE M. CHESNEY
United States District Judge