IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____ | No. C-03-4345 MMC<br>No. C-04-2261 MMC<br>No. C-04-2262 MMC<br><br>**ORDER DENYING CONTINUANCE OF APRIL 11, 2008 CASE MANAGEMENT CONFERENCE** |

NARDA GILLESPIE et al.,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____

MARK OSUNA,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

The Court is in receipt of the Joint Status Conference Statement, filed April 8, 2008, in which some of the parties request that the Status Conference be continued for a period of two months.

The request for a continuance is DENIED and counsel for all parties shall appear at the Conference on April 11, 2008 at 10:30 a.m., as previously scheduled.

**IT IS SO ORDERED.**

Dated: April 9, 2008

MAXINE M. CHESNEY
United States District Judge